JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

BRENT D'VAUGHN ALVES, SR.,

Plaintiff,

v.

SAN BERNARDINO SHERIFF, et al.,

Defendants.

Case No. EDCV 25-12461 CBM (PVC)

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated:  July 6, 2026

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE